IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHROME HEARTS LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHROMEHEARTS.SHOP, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-06614<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chrome Hearts LLC ("Chrome Hearts") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| LIANTSH | 23 |
| MicroPoint | 49 |
| jcpunk | 78 |

Dated this 8th day of January 2021.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Chrome Hearts LLC*